E-FILED
Wednesday, 23 June, 2010  01:23:30 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  09-3169 |
| KASWELL & CO., INC. and NORMAN J. KASWELL, individually, | ) ) ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment as to Counts I and III of Plaintiffs' Complaint (d/e 22).  In an Opinion (d/e 21), dated May 17, 2010, the Court entered default against Defendant Kaswell & Co., Inc.  Plaintiffs now seek default judgment against Defendant Kaswell & Co., Inc. for sums certain.  The record reveals that the request for default judgment was served on Defendant Kaswell & Co., Inc. on May 26, 2010, by U.S. Mail.  Motion for Default Judgment, p. 6, Certificate of Service.  Defendant Kaswell & Co., Inc. has, nevertheless,

failed to respond.  The Court, having reviewed the pending Motion and the record, finds that an award of default judgment against Defendant Kaswell & Co., Inc. is appropriate.

THEREFORE, Plaintiffs' Motion for Default Judgment as to Counts I and III of Plaintiffs' Complaint (d/e 22) is ALLOWED.  Default judgment is entered in favor of Plaintiffs and against Defendant Kaswell & Co., Inc. as to Counts I and III of the Complaint (d/e 1) as follows:

A.     Judgment is entered in favor of Plaintiffs Central Illinois Carpenters Health & Welfare Trust Fund, Carpenters Local Union No. 44 and Mid-Central Illinois Regional Council of Carpenters and against Defendant Kaswell & Co., Inc. as to Count I in the amount of $27,600.38. The judgment amount consists of delinquent contributions of $19,245.83, liquidated damages of $3,849.21, interest of $4,410.70, audit costs of $962.50, reasonable attorneys' fees and costs in the amount of $5,465.50 as provided by ERISA (29 U.S.C. § 1132(g)(2)) and a credit for $6,333.36, an amount which Plaintiffs represent is currently being held on account;

B.     Judgment is entered in favor of Plaintiffs Carpenters Pension Fund of Illinois, Carpenters Retirement Savings Fund of Illinois, Carpenters Local Union No. 44 and Mid-Central Illinois Regional Council of

Carpenters and against Defendant Kaswell & Co., Inc. as to Count III in the amount of $4,762.78.   The judgment amount consists of delinquent contributions of $480.69, liquidated damages of $1,399.23, interest of $93.60, audit costs of $390.00, reasonable attorneys' fees and costs in the amount of $5,729.50 as provided by ERISA (29 U.S.C. § 1132(g)(2)), and a credit of $3,330.24 for amounts being held on account by Plaintiffs; and

C.     Defendant Kaswell & Co., Inc. is specifically ordered to perform and continue to perform all their obligations to the Plaintiffs.

IT IS THEREFORE SO ORDERED.

ENTER:   June 23, 2010

FOR THE COURT:

_____ s/  Jeanne E. Scott _____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE